UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Efrain Rivera, et al<br>Plaintiffs,<br><br>v.<br>Indymac Bank, FSB and Indymac Bancorp.<br>Defendants. | Civil Action No.  08 -cv- 41 (PGS)<br><br><br>ORDER |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 22th day of September, 2008,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, as to defendants Indymac Bank, FSB and Indymac Bancorp, any party upon good cause shown within sixty days may reopen the action if settlement is not consummated.  The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.